# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VIDEOLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC. <br><br> Defendant. | CA No. 6:22-cv-00720-ADA <br><br> **Jury Trial Demanded** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff VideoLabs, Inc. ("VideoLabs") and Defendant ASUSTeK Computer, Inc. ("ASUSTeK") file this Joint Motion to Stay All Deadlines and Notice of Settlement and state as follows:

All matters in controversy between VideoLabs and ASUSTeK have been settled, in principle, and the parties are in the process of finalizing a written settlement agreement. The parties expect to file dismissal papers within forty-five (45) days.

In light of this settlement and impending dismissal, VideoLabs and ASUSTeK respectfully request that the Court stay all remaining deadlines for forty-five (45) days so that appropriate dismissal papers may be submitted.

Date: May 2, 2025

Respectfully submitted,                                              Respectfully submitted,

 /s/ *Max Ciccarelli*                                                 */s/ Chris R. Schmidt*

Max Ciccarelli                                                        Chris R. Schmidt
State Bar No. 00787242                                                chris.schmidt@eriseip.com
Ciccarelli Law Firm LLC                                               Eric A. Buresh
100 N 6th Street, Suite 503                                           eric.buresh@eriseip.com
Waco, Texas 76701                                                     Michelle Marriott
Tel: 214.444.8869                                                     michelle.marriott@eriseip.com
Email: Max@CiccarelliLawFirm.com                                      Nick Apel (admitted *pro hac vice*)
                                                                      nick.apel@eriseip.com
William D. Belanger*                                                  **ERISE IP, P.A.**
Gregory D. Len*                                                       7015 College Blvd., Ste. 700
Frank D. Liu                                                          Overland Park, KS 66211
Gwendolyn Tawresey*                                                   Tel: 913-777-5600
L. Andrew Tseng*                                                      Email: ASUS-VL@eriseip.com
Griffin N. Mesmer*
TROUTMAN PEPPER LOCKE LLP                                             Joseph V. Colaianni, Jr.
19th Floor, High Street Tower                                         colaianni@fr.com
125 High Street                                                       Linhong Zhang (admitted *pro hac vice*)
Boston, MA 02110-2736                                                 lwzhang@fr.com
Tel: 617.204.5100                                                     **FISH & RICHARDSON P.C.**
Fax: 617.204.5150                                                     100 Maine Avenue, SW, Suite 1000
Emails: videolabsitc@troutman.com                                     Washington, DC 20024
        william.belanger@troutman.com                                 Tel: 202-783-5070
        gregory.len@troutman.com
        frank.liu@troutman.com                                        David M. Hoffman
        gwendolyn.tawresey@troutman.com                               TX State Bar No. 24046084
        andrew.tseng@troutman.com                                     hoffman@fr.com
        griffin.mesmer@troutman.com                                   **FISH & RICHARDSON P.C.**
                                                                      111 Congress Avenue, Suite 2000
Ryan C. Deck*                                                         Austin, TX 78701
TROUTMAN PEPPER LOCKE LLP
301 Carnegie Center, Suite 400                                        *Counsel for ASUSTeK Computer, Inc.*
Princeton, NJ 08540
Tel: 609.452.0808
Email: ryan.deck@troutman.com

*Counsel for Plaintiff*
*VideoLabs, Inc.*

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

A copy of this document is being served on counsel of record through the Court's ECF system.

                                                          */s/ Max Ciccarelli*